# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　PLAINTIFF )<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>FAISL ALZHARANI 　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　DEFENDANT )<br>　　　　　　　　　　　　　　　) | Criminal Action No. 1:22cr-00040-GNS-(2)<br>CHIEF JUDGE GREG N. STIVERS |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of **GUILTY** to Count One of the Single-Count Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of **GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

　　　ENTERED this August 29, 2024

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

# NOTICE

Failure to file written objections to this Report and Recommendation within (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service: August 29, 2024

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:  Counsel of Record
US Marshal
US Probation
Traci Duff, Case Manager